IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AUDREY L. COLCORD                           Case No. 6:13-cv-02068-MA

        Plaintiff,                       ORDER FOR EAJA FEES

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

        Defendant.

MARSH, Judge

    Based on the Record,

    On May 12, 2015, plaintiff filed an Unopposed Application for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in which the parties agree that plaintiff should be awarded fees in the amount of $6,239.14 (#25).

    Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,239.14 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The parties agree that attorney fees will be paid to plaintiff's attorney, subject to verification that plaintiff does not have a debt which

1 - ORDER FOR EAJA FEES

qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 22 day of May, 2015.

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES